**Morris MEYERS, Appellant, v. UNITED STATES, Appellee.**

No. 7408.

Circuit Court of Appeals, Sixth Circuit.

March 4, 1937.

Donald B. Frederick, of Detroit, Mich., for appellant.

John C. Lehr, U. S. Atty., of Detroit, Mich.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that notice of appeal was filed in the above cause on May 4, 1936, and that no further steps have been taken since that date, it is therefore ordered that the appeal be, and the same is, dismissed for want of prosecution.

---

**Margaret MICELI v. The UNITED STATES of America.**

No. 6114.

Circuit Court of Appeals, Seventh Circuit.

Dec. 15, 1936.

James R. Fleming, of Ft. Wayne, Ind., for appellee.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

It is ordered by the court that this cause be docketed in this court and that the appeal taken on November 6, 1936, be, and the same is hereby, dismissed.

---

**Zack T. MILLER v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY et al.**

No. 1539.

Circuit Court of Appeals, Tenth Circuit.

March 15, 1937.

Sid White, of Oklahoma City, Okl., for appellant.

Cohoon & Heiple and Embry, Johnson, Crowe & Tolbert, all of Oklahoma City, Okl., for appellee John Hancock Mut. Life Ins. Co.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, at appellant's costs, for failure to prosecute, on motion of appellee.